# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>MJF TRUCKING, LLC, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:  Civil No. 5:22-cv-01194-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 25th day of July, 2022, upon consideration of Defendant Schwarz's motion to dismiss for failure to state a claim (ECF No. 16), it is **HEREBY ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that motions for judgment on the pleadings, if any, shall be filed no later than **August 19, 2022**. Responses shall be filed no later than **14 days** after such a motion is filed.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge