## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | : |
| *Plaintiff* | : CIVIL ACTION NO. |
| | : 5:22-cv-01194-JMG |
| v. | : |
| | : |
| MJF TRUCKING, LLC; PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY; BEARTOWN HYDRAULICS, INC.; RONALD L. ZIMMERMAN; MICHAEL J. FREED; AND CAROL L. SCHWARZ, | : |
| *Defendants* | : |

## <u>STIPULATION OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this action[1] hereby stipulate and agree that this action shall be voluntarily dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

---

[1] By Order dated July 13, 2022 (ECF # 30), the Court directed the entry of default against Defendants MJF Trucking LLC and Michael J. Freed.

s/ Louis A. Bové
_____

Louis A. Bové, Esquire
*Counsel for Plaintiff*
BODELL BOVE LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: 215-864-6600
Fax: 215-864-6610
lbove@bodellbove.com

Date:  October 21, 2022

s/ Andrew F. Fick
_____

Andrew F. Fick, Esquire
*Counsel for Defendant, Carol Schwarz*
LIEVER HYMAN & POTTER PC
50 N. 5th Street, 4th Floor
Reading, PA 19603
Tel:610-375-6131
Fax: 610-375-1234
afick@lieverhymanpotter.com

Date:  October 21, 2022

s/ Bernard T. Kwitowski
_____

Bernard T. Kwitowski, Esquire
*Counsel for Defendants, Pennsylvania*
*National Mut. Cas. Ins. Co.; Beartown*
*Hydraulics, Inc.; and Ronald Zimmerman*
THOMAS & HAFER LLP
1550 Pond Road, Suite 210
Allentown, PA 18104
Tel: 610-332-7018
bkwitowski@tthlaw.com

Date:  October 21, 2022

## CERTIFICATE OF SERVICE

I, Rex F. Brien, Esquire, hereby certify that I caused the foregoing Stipulation of Voluntary Dismissal to be filed via the Court's ECF system, which electronically served same on all counsel of record on this date.

s/ Rex F. Brien
REX F. BRIEN, ESQUIRE

Date: October 21, 2022